IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:07CR18-1-RLV

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **SCHEDULING ORDER** |
| | ) | |
| DONALD KEITH SEXTON, JR. | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Judgment and Order of the Fourth Circuit Court of Appeals, filed, October 7, 2011, remanding this case for re-sentencing.

**IT IS, THEREFORE, ORDERED THAT:**

1) This matter is hereby scheduled for re-sentencing on **Monday, December 12, 2011, at 2:00 PM,** in the United States Courthouse, 200 West Broad Street, 2nd floor Courtroom, Statesville, North Carolina;

2) The United States Marshal is directed to return Defendant to the Western District of North Carolina **on or before December 5, 2011**; and

3) A copy of this Order shall be sent to the Defendant, Defense Counsel, United States Attorney, United States Marshal Service, United States Probation Office.

Signed: October 17, 2011

Richard L. Voorhees
United States District Judge